DANIEL RODRIGUEZ, ESQ., SBN 096625
M. SCOTT FONTES, ESQ., SBN 139567
CHARLES R. CHAPMAN, ESQ., SBN 115505
**RODRIGUEZ & ASSOCIATES**
2020 EYE STREET
BAKERSFIELD, CA  93301
TELEPHONE  (661) 323-1400   FAX (661) 323-0132

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYCE J. MOORE, by and through his guardian ad litem, MICHELLE TRIPP, individually and as a Successor in Interest of JAMES W. MOORE, Deceased,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, SHERIFF MACK WIMBISH, DANIEL THOMAS LINDINI, RALPH CONTRERAS, ROXANNE FOWLER, ANGEL LOPEZ BRAVO, LISA DIANE ROMERO, RANDALL HOLTZ, JULIAN TREVINO, LARRY GENE JOHNSON, GREGORY MORGAN, SHANNON HAIUNGS, JAIME TELLEZ, MARK JIMENEZ, MOSES ADAME, CLINTON MINOR, GREGORY COSSEL,  and DOES 1 to 100, inclusive,<br><br>　　　　　Defendants. | Case No. 1:06-cv-120-OWW SMS<br><br>**ORDER GRANTING PETITION OF MICHELLE TRIPP TO BE APPOINTED GUARDIAN AD LITEM FOR MINOR BRYCE J. MOORE**<br><br>**[Fed. R. Civ. Pro. 17(c); Local Rule 17-202(a)]** |

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

The court having considered the petition of Michelle Tripp for the appointment of a guardian ad litem for Bryce J. Moore, a minor, who is a Plaintiff in the above-entitled action, and good cause appearing,

IT IS HEREBY ORDERED that Michelle Tripp be appointed guardian ad litem for Bryce J. Moore in this action.

IT IS SO ORDERED.

DATED:     February 9, 2006          __/s/ OLIVER W. WANGER_____
                                       U. S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com