William A. Bruce, State Bar No. 091633
KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 395-1000
Facsimile: (661) 326-0418

Attorneys for Defendants Daniel Thomas Lindini,
Ralph Contreras, Roxanne Fowler,
Angel Lopez Bravo and Randall Holtz

## UNITED STATED DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYCE J. MOORE, by and through his guardian ad litem, MICHELLE TRIPP, individually and as a Successor in Interest of JAMES W. MOORE, Deceased,<br><br>            Plaintiff,<br><br>     v.<br><br>COUNTY OF KERN, et al.<br><br>            Defendant. | Case No. 1:06-CV-00120-OWW-SMS<br><br>**ORDER APPROVING REQUEST FOR EXTENSION OF TIME FOR DEFENDANTS, DANIEL THOMAS LINDINI, RALPH CONTRERAS, ROXANNE FOWLER, ANGEL LOPEZ BRAVO and RANDALL HOLTZ TO RESPOND TO COMPLAINT** |

Upon consideration of Defendants', DANIEL THOMAS LINDINI, RALPH CONTRERAS, ROXANNE FOWLER, ANGEL LOPEZ BRAVO and RANDALL HOLTZ, request for an extension of time in which to respond to the Complaint*, it is **ORDERED** that Defendants, DANIEL THOMAS LINDINI, RALPH CONTRERAS, ROXANNE FOWLER, ANGEL LOPEZ BRAVO and RANDALL HOLTZ, are granted an extension of time to file a responsive pleading to the Complaint to and including  May 4, 2006

*Request filed 3/17/06. No opposition filed as of this date, 3/27/06.

Dated:  3/27/2006                                             /s/ Sandra M. Snyder
                                                               U.S. District  Magistrate Judge