1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BRYCE J. MOORE, by and through his guardian ad litem, MICHELLE TRIPP, individually and as a Successor in Interest of JAMES W. MOORE, Deceased,** )<br>)<br>)<br>)<br>)<br>) | **NEW CASE NUMBER: CV F 06-0120 AWI LJO**<br><br>**OLD CASE NUMBER: CV F 06-0120 OWW SMS** |
| **Plaintiff,** )<br>) | **ORDER RELATING CASES** |
| **v.** )<br>)<br>**COUNTY OF KERN, et al.,** )<br>) | |
| **Defendants.** )<br>_____ ) | |

The court finds that the above-captioned action is similar to <u>James W. Moore, Jr., a minor, v. County of Kern, et al.</u>, CV F 05-1115 AWI LJO, in that both cases appear to involve similar questions of fact and law and assignment to the same district court judge and magistrate judge is likely to effect a substantial savings of judicial effort. <u>See</u> Local Rule 83-123. Therefore, IT IS HEREBY ORDERED THAT the above-captioned action, being the higher numbered case, is reassigned to the same district court judge and magistrate judge as the lower numbered case. IT IS FURTHER ORDERED THAT all future pleadings filed in the above-captioned action shall include the new case number, CV F 06-0120 AWI LJO.

IT IS SO ORDERED.

**Dated:     April 17, 2006**                    **/s/ Anthony W. Ishii**
0m8i78                                             UNITED STATES DISTRICT JUDGE