**KLEIN,
DeNATALE,
GOLDNER,
COOPER,
ROSENLIEB &
KIMBALL, LLP**
4550 CALIFORNIA
AVENUE, SECOND
FLOOR
BAKERSFIELD,
CALIFORNIA 933

William A. Bruce, State Bar No. 091633
KLEIN, DeNATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 395-1000
Facsimile: (661) 326-0418

Attorneys for Defendants Roxanne Fowler
and Angel Lopez Bravo

### UNITED STATED DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYCE J. MOORE, by and through his guardian ad litem, MICHELLE TRIPP, individually and as a Successor in Interest of | Case No.  1:06-CV-00120-AWI-LJO<br><br>**STIPULATION FOR SUBSTITUTION OF** |

| | |
|---|---|
| JAMES W. MOORE, Deceased,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF KERN, et al.<br><br>        Defendant | **COUNSEL FOR DEFENDANT, DANIEL THOMAS LINDINI; ORDER** |

DEFENDANT, DANIEL THOMAS LINDINI, hereby substitutes Michael Marderosian, Esq., of Marderosian, Runyon, Cercone, Lehman & Armo, PC as his counsel of record in place of William A. Bruce, of Klein, DeNatale, Goldner, Cooper, Rosenlieb & Kimball, LLP.  The address and telephone number for James D. Weakley is as follows:

>   Michael Marderosian, Esq.
>   Marderosian, Runyon, Cercone, Lehman & Armo, PC
>   1260 Fulton Mall
>   Fresno, CA 93721-1783
>   (559)441-7991
>   (559)441-8170 fax
>   mick@mrcl-law.com

///

///

All parties consent to this substitution of counsel.

Date:  April 19, 2006

Lindini

                               /s/   Daniel Thomas
                              Daniel Thomas Lindini

Date:  April 19, 2006

                              KLEIN, DeNATALE, GOLDNER,
                              COOPER, ROSENLIEB & KIMBALL, LLP

                                                By:  /s/ William A. Bruce
                                                     William A. Bruce

Date:  April 19, 2006

                                         MARDEROSIAN, RUNYON, CERCONE,
                                         LEHMAN & ARMO, PC


                                           By       /s/ Michael Marderosian
                                                   Michael Marderosian


IT IS SO ORDERED.


**Dated:   April 19, 2006**                           **/s/ Lawrence J. O'Neill**

66h44d                                           UNITED STATES MAGISTRATE JUDGE