1  Justus C. Spillner, # 067638
   Matthew E. Fletcher, # 198028
2  McCormick, Barstow, Sheppard
   Wayte & Carruth LLP
3  P.O. Box 28912
   5 River Park Place East
4  Fresno, CA  93720-1501
   Telephone:    (559) 433-1300
5  Facsimile:    (559) 433-2300

6  Attorneys for Defendant
   Ralph Contreras
7

(SPACE BELOW FOR FILING STAMP ONLY)

8                    UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT

10

| | |
|---|---|
| 11  BRYCE J. MOORE, by and through his guardian ad litem, MICHELLE TRIPP, individually and as a Successor in Interest of JAMES W. MOORE, Deceased,, <br><br> 13 <br> 14           Plaintiff, <br> 15      v. <br> 16  COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, SHERIFF MACK WIMBISH, DANIEL THOMAS LINDINI, RALPH CONTRERAS, ROXANNE FOWLER, ANGEL LOPEZ BRAVO, LISA DIANE ROMERO, RANDALL HOLTZ, JULIAN TREVINO, LARRY GENE JOHNSON, GREGORY MORGAN, SHANNON HAIUNGS, JAMIE TELLEZ, MARK JIMENEZ, MOSES ADAME, CLINTON MINOR, GREGORY COSSEL, and DOES 1 to 100, inclusive,, <br><br>           Defendants. | Case No.  1:06-cv-00120-OWW-SMS <br><br> **NOTICE OF SUBSTITUTION OF AND WITHDRAWAL OF ATTORNEY; ORDER OF THE COURT** <br><br> **[Local Rule 83-182(g)]** |

25        PLEASE TAKE NOTICE that Defendant RALPH CONTRERAS, hereby makes

26  the following substitution of legal representation in the above-captioned matter:

27        1.    Defendant's former legal representative was William Aubrey Bruce

28  (California State Bar No. 091633), of the law firm of Klein, DeNatale, Goldner, Cooper,

NOTICE OF SUBSTITUTION OF AND WITHDRAWAL OF ATTORNEY; ORDER OF THE COURT

PDF created with pdfFactory trial version www.pdffactory.com

1  Rosenlieb & Kimball, LLP, 4550 California Avenue, Second Floor, Bakersfield, California
2  93309; telephone number (661) 328-5280.

3      2.    Defendant's **new** legal representative is Justus C. Spillner (California State
4  Bar No. 067638), of the law firm of McCormick, Barstow, Sheppard, Wayte & Carruth, LLP, 5
5  River Park Place East, Fresno, California  93720; telephone number (559) 433-1300.

6      3.    Defendant acknowledges and asks the Court and Plaintiff to recognize that
7  attorney William Aubrey Bruce will be withdrawing as Defendant RALPH CONTRERAS'
8  attorney of record.

9      I hereby consent to this substitution of legal representative.

10 Dated: April 24, 2006

    /s/  Ralph Contreras original signature
retained by attorney Matthew E. Fletcher
11     RALPH CONTRERAS, Defendant

12

13     I hereby consent to the substitution of McCormick, Barstow, Sheppard, Wayte &
14 Carruth, LLP, as attorney of record for Defendant RALPH CONTRERAS, and hereby consent to
15 withdraw as Defendant's attorney of record.

16 Dated: April 26, 2006    KLEIN, DeNATALE, GOLDNER, COOPER,
    ROSENLIEB & KIMBALL, LLP

17

18     By:   /s/ William Aubrey Bruce
    William Aubrey Bruce, Former Attorney

19

20     I hereby consent to this substitution of McCormick, Barstow, Sheppard, Wayte &
21 Carruth, LLP, serving as attorney of record for Defendant RALPH CONTRERAS.

22 Dated: April 26, 2006    McCORMICK, BARSTOW, SHEPPARD
    WAYTE & CARRUTH LLP

23

24     By:   /s/ Matthew E. Fletcher
    Justus C. Spillner
25     Matthew E. Fletcher
    Attorneys for Defendant
26     Ralph Contreras

///

27 ///

28

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER APPROVING SUBSTITUTION OF ATTORNEYS**

Pursuant to the fully executed "Substitution of Attorneys" set forth above, IT IS HEREBY ORDERED that Justus C. Spillner, of the law firm of McCormick, Barstow, Sheppard, Wayte & Carruth, LLP, will be the attorney of record for Defendant RALPH CONTRERAS, and that William Aubrey Bruce is withdrawn as Defendant's attorney of record.

Dated:     April 28, 2006          /s/ OLIVER W. WANGER_____

                              JUDGE OF THE U.S. DISTRICT COURT

00002/00014-935294.v1

PDF created with pdfFactory trial version www.pdffactory.com